UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 05 B 14700
   WINSTON A WILSON
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-5901
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/15/05 and confirmed on 06/03/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  23117.92 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CAPITAL ONE AUTO FINANCE | SECURED | 8325.00 | 829.40 | 8325.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7336.72 | .00 | 1152.50 |
| CAPITAL ONE BANK | UNSECURED | 668.22 | .00 | 104.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1887.78 | .00 | 296.55 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 23348.14 | .00 | 3667.68 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 8075.82 | .00 | 1268.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 949.29 | .00 | 149.11 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 6301.15 | .00 | 989.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 442.38 | .00 | 69.49 |
| ROBERT SWANSON DDS | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 12153.33 | .00 | 1909.13 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 8325.00 | .00 | 61162.83 | .00 | 69487.83 |
| PRINCIPAL PAID | 8325.00 | .00 | 9607.83 | .00 | 17932.83 |
| INTEREST PAID | 829.40 | .00 | .00 | .00 | 829.40 |
| TOTAL PAID | 9154.40 | .00 | 9607.83 | .00 | 18762.23 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $     957.77 .

Refunds to the Debtor totaled $     797.92 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 14700 WINSTON A WILSON